UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

TODD E. SHATKIN, DDS.,
SAMUEL SHATKIN, DDS, MD,

                Plaintiffs,

                                          ORDER
       v.                                   07-CV-332A

ANDREW JAKSON,
IMTEC CORPORATION,
DENTAL TECH LABORATORIES, LLC,
F.I.R.S.T. LABORATORIES, LLC,

                Defendant.

---

        The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B). On March 25, 2008, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendants' motions for a preliminary injunction and plaintiffs' cross-motion for partial summary judgment be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendants' motions for a preliminary injunction and plaintiffs' cross-motion for partial summary judgment are denied.

        The case is referred back to Magistrate Judge McCarthy for further

proceedings.

    SO ORDERED.

                                        <u>s/ *Richard J. Arcara*</u>
                                        HONORABLE RICHARD J. ARCARA
                                        CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT

DATED:  April    14    , 2008